8:08-cv-00294-FG3   Doc # 41   Filed: 11/05/10   Page 1 of 1 - Page ID # 190

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | Case No. 8:08CV294 |
| --- | --- | --- |
| Plaintiff, | ) ) | ORDER |
| vs. | ) ) | TO WITHDRAW EXHIBITS OR TO SHOW CAUSE WHY |
| $11,600.00 IN UNITED STATES, CURRENCY, | ) ) ) | EXHIBITS SHOULD NOT BE DESTROYED |
| Defendant. | ) ) | |

Pursuant to NECivR 79.1(f) or NECrimR 55.1(g), counsel for government shall either 1) withdraw the following exhibits previously submitted in this matter within 15 calendar days of the date of this order, or 2) show cause why the exhibits should not be destroyed:

Exhibit No. 101-112     Motion Hearing     May 12, 2009

If counsel fails to withdraw these exhibits as directed or to show cause why the exhibits should not be destroyed, the clerk's office is directed to destroy the listed exhibits without further notice to the parties or order from the court.

IT IS SO ORDERED.

DATED this 5th day of November, 2010.

s/ F.A. Gossett
United States Magistrate Judge

proc\Exhibits\Form-Order to Withdraw or OSC Destroy, appeal time expired.wpd
Approved 02/15/07